```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

JOANN THORNTON,                    *

    Plaintiff,                  *

vs.                                *
                                          CASE NO. 3:12-CV-101 (CDL)

CAROLYN W. COLVIN, Commissioner   *
of Social Security,
                               *

    Defendant.
                                 *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the Magistrate Judge filed August 23, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 11th day of September, 2013.

                                                      s/Clay D. Land
                                                         CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE