IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

JOANN THORNTON,                    *

        Plaintiff,                 *

vs.                                *

                                        CASE NO. 3:12-CV-101 (CDL)

CAROLYN W. COLVIN, Commissioner *
of Social Security,

                                   *

        Defendant.                 *

_____

O R D E R

        After a *de novo* review of the record in this case, the Report and Recommendation of the Magistrate Judge filed August 23, 2013, is hereby approved, adopted, and made the Order of the Court.

        The objections of the Plaintiff have been considered and are found to be without merit.

        IT IS SO ORDERED, this 11th day of September, 2013.

                                   s/Clay D. Land
                                        CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE